UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**OLANDIS DEAN HOBBS,**

    **Petitioner,**

v.                                      Case No.  5:23-cv-298-TKW-MAF

**STATE OF FLORIDA, et al.,**

    **Respondents.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 23).  No objections were filed.

Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determination that Petitioner's amended §2241 habeas petition should be dismissed under *Younger v. Harris*, 401 U.S. 37 (1971), and that a certificate of appealability should be denied. Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Respondents' motion to dismiss (Doc. 16) is GRANTED, and Petitioner's amended §2241 habeas petition is DISMISSED without prejudice.

3. A certificate of appealability is DENIED.

4. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 26th day of April, 2024.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**